**Bryant Keith BROWN, Plaintiff-Appellant,**

v.

**Do WILLIAMS, M.D., Defendant-Appellee.**

**No. 16-16847**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 18, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bryant Keith Brown, Pro Se

Jennifer J. Nygaard, Esquire, Attorney, AGCA—Office of the Attorney General, Oakland, CA, for Defendant-Appellee

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

## MEMORANDUM ***

California state prisoner Bryant Keith Brown appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Brown failed to raise a genuine dispute of material fact as to whether defendant acted with deliberate indifference by denying Brown's requests for alternative restraints. *See id.* at 1058-60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.